NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTEL CORPORATION,**
*Appellant*

**ANDREW HIRSHFELD, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

**v.**

**QUALCOMM INCORPORATED,**
*Cross-Appellant*

---

2020-2239, 2020-2294

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00047.

---

Decided:  March 24, 2022

---

GREGORY H. LANTIER, Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC, argued for appellant.  Also

represented by DAVID LANGDON CAVANAUGH, CLAIRE HYUNGYO CHUNG, THOMAS SAUNDERS; BENJAMIN S. FERNANDEZ, Denver, CO; JAMES M. LYONS, Boston, MA.

MAUREEN DONOVAN QUELER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by SARAH E. CRAVEN, THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED.

ISRAEL SASHA MAYERGOYZ, Jones Day, Chicago, IL, argued for cross-appellant. Also represented by THOMAS W. RITCHIE; ROBERT BREETZ, DAVID B. COCHRAN, JOSEPH M. SAUER, Cleveland, OH; KELLY HOLT, New York, NY; JENNIFER L. SWIZE, Washington, DC.

_____

Before NEWMAN, REYNA, and CHEN, *Circuit Judges.*

REYNA, *Circuit Judge.*

Appellant Intel Corporation appeals a final written decision by the Patent Trial and Appeal Board concluding that Intel did not meet its burden to show certain claims of U.S. Patent No. 9,154,356 are unpatentable as anticipated or obvious. Initially, Intel filed five petitions for inter partes review challenging the same claims of the '356 Patent on different grounds. *See* Appellee's Br. 11–12. The Board concluded in each inter partes review that Intel failed to show unpatentability of the challenged claims. *See id.* The above-captioned appeals stem from one of those final written decisions. J.A. 1–46.

In the above-captioned appeals, Intel contends that claims 1, 7–8, 10–11, and 17 of the '356 Patent are unpatentable. Appellant's Br. 15. Notably, in another of Intel's appeals, we determined that claims 1–8, 10–11, and 17–18 of the '356 Patent are unpatentable as obvious. *Intel Corp. v. Qualcomm Inc.*, No. 20-2092 (Fed. Cir. 2022).

Accordingly, the present appeals are moot.  *See BTG Int'l Ltd. v. Amneal Pharms. LLC*, 923 F.3d 1063, 1076–77 (Fed. Cir. 2019) (concluding the claims at issue were unpatentable as obvious and consequently dismissing other appeals challenging the same claims).  Intel's appeal of IPR2019-00047, and Qualcomm's cross-appeal, are hereby dismissed as moot.

## DISMISSED

### COSTS

No costs.